# Third District Court of Appeal

## State of Florida

Opinion filed March 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1587
Lower Tribunal No. 17-11780
_____

**Tamara Aissa Perez Morales,**
Appellant,

vs.

**Noel Guillermo Cruz,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Marcia del Rey, Judge.

JPA Law Firm, PLLC, and Jesse Philippe-Auguste, for appellant.

Grass, Reyes & Associates, and Katushca M. Grass, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

MILLER, J.

In this appeal, the mother challenges an order granting the father's emergency petition to temporarily relocate to Puerto Rico with the minor children. Although she originally informally agreed to the relocation, the mother now asserts the underlying petition was defective and the corollary order fails for a lack of competent, substantial evidence. As to the former contention, the undeveloped record before us does not establish that the claimed deficiencies were properly preserved for appellate review. See Hoirup v. Hoirup, 862 So. 2d 780, 782 (Fla. 2d DCA 2003); Esaw v. Esaw, 965 So. 2d 1261, 1267 (Fla. 2d DCA 2007). As to the latter, we conclude the comprehensive findings rendered in the challenged order are legally sufficient and well-supported by the testimony and exhibits adduced at the hearing.[1] See Sanabria v. Sanabria, 271 So. 3d 1101, 1102 (Fla. 3d DCA 2019); Ryan v. Ryan, 252 So. 3d 272, 273 (Fla. 4th DCA 2018); Norris v. Heckerman, 972 So. 2d 1098, 1099 (Fla. 1st DCA 2008). Accordingly, we affirm the order under review.

Affirmed.

---

[1] We summarily conclude the challenged text messages were properly admitted under the hearsay exception for a "party's own statement in . . . an individual . . . capacity." § 90.803(18)(a), Fla. Stat. (2023).